608

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Marcelino MORENO–LAGOS,
Defendant–Appellant**

**No. 15–41635
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/12/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marcelino Moreno–Lagos, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marcelino Moreno–Lagos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moreno–Lagos has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Moreno–Lagos's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.